UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Andrew C. Wiesner**

    v.                    Case No. **18-cv-00673-JL**

**Parsons et al**

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 27, 2018.

_____
Joseph N. Laplante
Chief Judge

Date: November 7, 2018

Cc: Andrew Wiesner, pro se